PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Miguel Mangual      **Docket Number:** 01-317-01
    **PACTS Number:** 27681

**Name of Sentencing Judicial Officer:** Honorable Katharine S. Hayden
    United States District Judge

**Date of Original Sentence:** 12/05/01

**Original Offense:** Possession of Cocaine, Title 21 U.S.C. 841(a)(1) & 18:2

**Original Sentence:** Imprisonment - 57 months; Supervised Release - 5 years; Special Assessment - $100

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 11/16/04

**Assistant U.S. Attorney:** Andrew D. Kogan, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Paul E. Warburgh Jr., 370 Lexington Avenue, Suite 410, New York, New York, 10017, (212) 689-8970 (Retained)

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

    On September 22, 2008, the offender was issued a summons by Oceanport Police and charged with Theft of Movable Property. On June 12, 2009, the offender entered a guilty plea to third degree Receiving Stolen Property, in New Jersey Superior Court, Monmouth County. Sentencing has been scheduled for December 11, 2009. This offense carries a maximum sentence of 5 years imprisonment. The offender is not in custody at this time; he was released on his own recognizance.

PROB 12C Page 2
M. Mangual

2       The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

          The offender failed to notify the Probation Office of his new arrest by Oceanport Police, which occurred on September 22, 2008. This officer received notification from the New Jersey State Police on October 16, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Monica G. Martin
U.S. Probation Officer
Date: 07/08/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[X] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

7/13/09
Date