UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIM. NO. 01-00317-001 (KSH) |
| MIGUEL MANGUAL, | ORDER APPOINTING FEDERAL PUBLIC DEFENDER |
| Defendant. | |

AND NOW, this 10TH day of September, 2009, upon application of Defendant Miguel Mangual for appointment of counsel in this proceeding brought pursuant to a Petition for Summons for Offender Under Supervision, it is hereby ORDERED that this Application be and hereby is GRANTED.  It is further ORDERED that Linda D. Foster of the Office of the Federal Public Defender is appointed to represent Mr. Mangual in this matter.

_____
Katharine S. Hayden
United States District Court Judge