UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　:　HON. KATHARINE S. HAYDEN

　　　　v.　　　　　　　　　　　　:　Crim. No. 01-317 (KSH)

MIGUEL MANGUAL　　　　　　　　:　**O R D E R**


This matter having come before the Court upon allegations that the defendant Miguel

Mangual violated certain conditions of his supervised release; and the defendant having appeared

on September 10, 2009, and entered a plea of guilty to Violation Number Three of the Amended

Petition for Warrant or Summons; and the Court having heard arguments by the Government (by

Andrew D. Kogan, Assistant U.S. Attorney, appearing), and by the defendant (by Linda Foster,

A.F.P.D., appearing); and for good cause shown,

IT IS, on this ____ day of September, 2009,

ORDERED that defendant's term of supervised release is hereby modified; and it is *which is due to expire on Nov 15, 2009,*

further

ORDERED that the United States Probation Office shall increase defendant's reporting

requirement, in an amount it deems appropriate, for the remainder of defendant's term of

supervised release; and it is further

ORDERED that Violation One and Violation Two of the Petition for Warrant or

Summons are hereby dismissed.

HON. KATHARINE S. HAYDEN
United States District Judge